COURT OF APPEAL, FIRST CIRCUIT
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0622

Lexington Land Development, L.L.C.

- - Versus - -

Chevron Pipe Line Company, Chevron U.S.A., Inc. Dixon
Management Corp., Kenmore Oil Co., Inc., The Stone
Petroleum Corporation, Zinn Petroleum Company, Shell
Pipeline Company, L.P., Stone Energy Corporation, Michael
Madden, Scott Anderson and Greg Southwo

19th Judicial District Court
Case #: 561893
East Baton Rouge Parish

On Application for Rehearing filed on 06/07/2021 by Lexington Land Development, LLC

Rehearing *denied.*

_____
Vanessa Guidry Whipple

_____
Jewel E. "Duke" Welch

_____
Wayne Ray Chutz

Date **JUL 1 3 2021**
_____

_____
Rodd Naquin, Clerk